# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

152492-3(62)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TITAN INSURANCE COMPANY,
        Plaintiff-Appellee,

v

                                        SC: 152492
                                        COA: 319342

AMERICAN COUNTRY INSURANCE
COMPANY,
        Defendant-Appellant,
and

Wayne CC: 12-014301-NF

SAFE ARRIVAL TRANSPORTATION and
SHONNISE WOODS,
        Defendants.

_____/

BRONSON METHODIST HOSPITAL,
        Plaintiff-Appellee,

v

                                          SC: 152493
                                        COA: 321598

TITAN INSURANCE COMPANY,
        Defendant-Appellee,
and

Kalamazoo CC: 2013-000463-AV

AMERICAN COUNTRY INSURANCE
COMPANY,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 27, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016


Clerk

p0829